UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ERNEST J. GLYNN, *et al.*,              )<br>                                                      )<br>            Plaintiffs,                       )<br>                                                      )<br>v.                                                  )      No. 2:19-cv-00176-NT<br>                                                      )<br>MAINE OXY-ACETLYENE SUPPLY CO., )<br>*et al.*,                                          ) | |

**SUPPLEMENTAL DECLARATION
OF THOMAS L. DOUGLAS, ESQ.**
_____

Pursuant to 28 U.S.C. § 1746, Thomas L. Douglas, Esq. declares as follows:

1.      My name is Thomas L. Douglas, Esq. I make this supplemental declaration as directed by this Court's *Order on Proposed Settlement and Attorney Fees* dated December 13, 2022 (the "Order") (ECF No. 221). The facts set forth in this Declaration are based upon my personal knowledge and are true.

Status Update Regarding Efforts to Locate Missing Class Members

2.      The December 13, 2022 Order directs Class Counsel to continue their efforts to contact the six missing class members or their legal heirs in order to notify them of the settlement, and to provide a status update to the Court on or before January 12, 2023.

3.      In the Supplemental Declaration filed on January 12, 2023 (ECF No. 223), I indicated that to my knowledge, the only class member who had not yet received notification of the settlement was Marc Scott.

4.      On the morning of January 13, 2023, Mr. Scott telephoned my office and

spoke with my paralegal, Nancy Pelletier.  During this call, Mr. Scott was notified of the settlement and he confirmed his address and his identity as a class member.

      Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the information set forth above is true and correct, based upon my personal knowledge, information and belief; and, so far as upon information and belief, I believe the information to be true.

Dated: January 13, 2023

                                              /s/ Thomas L. Douglas